UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| LUCAS ENTERTAINMENT, INC., A NEW YORK CORPORATION,<br>  Plaintiff, | § § § § | |
| v. | § § | Case No. 10-CV-1407-F |
| DOES 1-65,<br>  Defendant. | § § § | |

## ORDER

On July 26, 2010, the Court issued an Order Granting Plaintiff's Motion for Leave to Take Discovery Prior to Rule 26(f) Conference (Docket No. 4). On August 24, 2010, the Court received a letter from Donald Morin stating that he formally opposes the Order allowing Charter Communications to disclose his information. Mr. Morin also writes "I do not know what this is about and the documents forwarded by plaintiff's counsel were of such poor quality that they were nearly impossible to read." *See* Docket Nos. 5 and 6 (copies of the same letter were sent to this Court and to Chief Judge Fitzwater).

Plaintiff is ORDERED to send Mr. Morin a legible copy of the filings of this case, including the Complaint, Plaintiff's Motion for Discovery, and the Court's Order Granting Discovery. Plaintiff shall send the copies to the return address list on Mr. Morin's correspondence with the Court. *See* Docket No. 6. Plaintiff shall send the copies by Federal Express no later than **September 10, 2010**.

//

Having reviewed the docket, the Court Orders Charter Communications and Mr. Morin to comply with this Court's previous Order Granting Plaintiff's Motion for Leave to Take Discovery (Docket No. 4) by **October 1, 2010**.

It is so ORDERED.

Signed this 25th day of August, 2010.

*Royal Furgeson*
Royal Furgeson
Senior United States District Judge