UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
AUG 2 6 2010
CLERK, U.S. DISTRICT COURT
By _____ Deputy  1:41 p.m.

| | |
|---|---|
| LUCAS ENTERTAINMENT, INC., A NEW YORK CORPORATION,<br>    Plaintiff,<br><br>v.<br><br>DOES 1-65,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Case No. 10-CV-1407-F |

## ORDER

On August 26, 2010, the Court received a letter from Verizon Legal Compliance stating that attempts to locate a valid telephone number for Plaintiff's counsel, Mr. Evan Stone, have been unsuccessful. Because it will be necessary for recipients of Plaintiff's recent subpoenas to contact Mr. Stone with inquires related to this case, the Court ORDERS Mr. Stone to amend the subpoenas issued in conjunction with this case to include a valid telephone number where Mr. Stone can be contacted. The number should be to a telephone that is answered by a human being during normal business hours. An answering machine is not acceptable. Also, Mr. Stone shall send, by either FedEx or United States Postal Services Express Mail, a letter to all persons to whom a subpoena was sent notifying them of his valid telephone number.

The Court ORDERS Mr. Stone to file a notice with the Court no later than **September 9, 2010** certifying that the amendments to the subpoenas have been made and the notices to all persons receiving the said subpoenas have been sent.

It is so ORDERED.

Signed this 26th day of August, 2010.

_____
Royal Furgeson
Senior United States District Judge