IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LUCAS ENTERTAINMENT, INC., | § | |
| A NEW YORK CORPORATION, | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | |
| | § | |
| DOES 1-65 | § | C.A. NO.: 3:10-cv-01407-F |
| | § | |
| DEFENDANTS. | § | |

## NOTICE OF COMPLIANCE

In compliance with the Court's Order of August 26, 2010 [Doc. #8], I have amended the subpoena sent to Verizon Legal Compliance accordingly and delivered it via FedEx to Verizon's Compliance office in San Angelo, Texas.

All internet service providers other than Verizon have already contacted me via e-mail, phone, fax or U.S. mail, using the contact information I provided in Plaintiff's Original Complaint and every other filing in this Docket. All subsequent correspondence with said service providers has included either my office phone number or my mobile phone number, both of which are answered by live persons.

Respectfully Submitted,

s/ *E. F. Stone*
Evan Stone
State Bar No. 24072371
624 W. University Dr., #386
Denton, Texas 76201
e-mail: lawoffice@wolfe-stone.com
469-248-5238
310-756-1201 Fax