**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| LUCAS ENTERTAINMENT, INC., <br> A NEW YORK CORPORATION, <br> PLAINTIFF, <br><br> VS. <br><br> DOES 1-65 <br><br> DEFENDANTS. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br><br><br><br><br><br> C.A. NO.: 3:10-cv-01407-F |

## NOTICE OF DISMISSAL WITH PREJUDICE AGAINST DOES 3, 5, 6, 14, et al.

In accordance with Rule 41 of the Federal Rules of Civil Procedure, Plaintiff hereby gives notice of dismissal with prejudice against the defendants listed below, identified by John Doe number and IP address. This notice has been submitted prior to any defendant having filed an answer or motion for summary judgment in this case.

| | |
|---|---|
| John Doe 3 | 24.180.217.228 |
| John Doe 5 | 70.138.148.138 |
| John Doe 6 | 71.23.137.148 |
| John Doe 14 | 75.58.124.210 |
| John Doe 16 | 174.51.56.49 |
| John Doe 19 | 66.229.234.230 |
| John Doe 21 | 71.202.255.171 |
| John Doe 24 | 76.23.48.167 |
| John Doe 29 | 174.102.209.53 |
| John Doe 30 | 174.103.127.169 |
| John Doe 31 | 24.209.250.53 |
| John Doe 32 | 66.74.237.193 |
| John Doe 34 | 72.191.26.244 |
| John Doe 41 | 173.50.144.209 |
| John Doe 42 | 71.104.211.119 |
| John Doe 46 | 98.189.2.52 |
| John Doe 55 | 72.211.240.211 |

                                                Respectfully Submitted,
                                                Lucas Entertainment, Inc.

**DATED:**  November 10, 2010

                                                s/ *E. F. Stone*
                                              Evan Stone
                                              State Bar No. 24072371
                                              624 W. University Dr., #386
                                              Denton, Texas  76201
                                              Phone: 469-248-5238
                                              E-mail: lawoffice@wolfe-stone.com